**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| MARIELLA C. HARDIN, | Case No. 2:16-cv-02610-APG-VCF |
| Plaintiff, | |
| v. | **ORDER DENYING MOTION TO DISMISS AS MOOT** |
| MS SERVICES, LLC, | (ECF No. 6) |
| Defendant. | |

In light of the amended complaint (ECF No. 9), the defendant's motion to dismiss the original complaint (ECF No. 6) is moot.

IT IS THEREFORE ORDERED that defendant MS Services, LLC's motion to dismiss **(ECF No. 6) is DENIED as moot**.

DATED this 1st day of March, 2017.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE