George Haines, Esq.
Nevada Bar No. 9411
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: ghaines@hainesandkrieger.com
*Attorney for Plaintiff, MARIELLA C. HARDIN*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| MARIELLA C. HARDIN,<br><br>  Plaintiff,<br><br>v.<br><br>MS SERVICES, LLC,<br><br>  Defendant. | Case No. 2:16-cv-02610-APG-VCF<br><br>**STIPULATION AND ORDER DISMISSING ACTION WITH PREJUDICE** |

 Plaintiff MARIELLA C. HARDIN and Defendant MS SERVICES, LLC hereby stipulate and agree that the above-entitled action shall be dismissed with

…
…
…
…
…
…
…
…
…

prejudice in accordance with Fed. R. Civ. P. 41(a). Each party shall bear its own attorney's fees and costs of suit, except that this Stipulation shall not constitute nor be relied upon as a waiver of any right or remedy of Bank of the West, including, but not limited to, seeking attorney's fees and costs incurred in this proceeding in any other dispute or proceeding against Plaintiff Mariella C. Hardin, including, but not limited to, the matter of *Bank of the West v. Mariella Hardin*, Case No. A-17-753129-C, pending before the Eighth Judicial District Court for the County of Clark, Nevada.

Dated: April 14, 2017

By:

/s/George Haines, Esq.
George Haines, Esq.
Nevada Bar No. 9411
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue
Suite 350
Henderson, Nevada 89123
*Attorney for Plaintiff*

By:

/s/ Andrea M. Gandara, Esq.
Andrea M. Gandara, Esq.
Holley Driggs Walch Fine Wray Puzey & Thompson
400 South 4th Street
Third Floor
Las Vegas, NV 89101
*Attorney for Defendant*
*MS SERVICES, LLC*

**ORDER**

IT IS SO ORDERED

_____
UNITED STATES DISTRICT JUDGE

DATED: April 19, 2017